IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Abingdon Division

|  |  |
|---|---|
| **MATHEW R. DUGGER,**<br><br>　　　　　**Plaintiff,**<br><br>**v.**<br><br>**JENNIFER MAYS,**<br><br>　　　　　**Defendant.** | Case No. 1:23-cv-00039-JPJ-PMS |

### DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) AND 12(b)(6)

Defendant Jennifer Mays, by counsel and pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), hereby moves to dismiss Plaintiff Mathew R. Dugger's complaint (ECF No. 2) for lack of jurisdiction and for failure to state a claim upon which relief may be granted. The reasons supporting this Motion are set forth in the accompanying Memorandum of Law.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**JENNIFER MAYS**

　　　　　　　　　　　　　　　　　　By Counsel:　/s/ Christopher P. Bernhardt
　　　　　　　　　　　　　　　　　　Christopher P. Bernhardt* (VSB No. 80133)
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　Office of the Virginia Attorney General
　　　　　　　　　　　　　　　　　　202 North 9th Street
　　　　　　　　　　　　　　　　　　Richmond, Virginia 23219
　　　　　　　　　　　　　　　　　　Telephone:　(804) 371-0977
　　　　　　　　　　　　　　　　　　Facsimile:　(804) 371-2087
　　　　　　　　　　　　　　　　　　Email: cbernhardt@oag.state.va.us

Jason S. Miyares
Attorney General of Virginia

Steven G. Popps
Deputy Attorney General

Jacqueline C. Hedblom
Senior Assistant Attorney General/ Trial Section Chief

Christopher P. Bernhardt* (VSB No. 80133)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:    (804) 371-0977
Facsimile:    (804) 371-2087
Email: cbernhardt@oag.state.va.us
*Counsel of Record for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd of November, 2023, the foregoing was filed with the Clerk of Court using the CM/ECF system. I also certify that a copy of the foregoing was mailed to the Plaintiff, a non-CM/ECF user, by USPS first class mail and sent by email on the same day to the following addresses:

Mathew R. Dugger
514 Robinson Drive
Apt. 208
Johnson City, TN 37604
Mattdugger0990@gmail.com

By:   /s/ Christopher P. Bernhardt
Christopher P. Bernhardt (VSB No. 80133)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:    (804) 371-0977
Facsimile:    (804) 371-2087
Email: cbernhardt@oag.state.va.us
*Counsel for Defendant*